```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
```
**CENTRAL DIVISION at LEXINGTON**

STANFORD WEST, *et al.*,             )
                                     )
    Plaintiffs,                      )         Case No.
                                     )       5:19-cv-286-JMH-MAS
v.                                   )
                                     )         **JUDGMENT**
                                     )
WELLS FARGO BANK, N.A.,              )
                                     )
    Defendant.                       )

                                              ***

Consistent with the Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1) This matter is **DISMISSED WITH PREJUDICE**;

(2) This action is **DISMISSED** and **STRICKEN** from the Court's docket; and

(3) This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This the 12th day of November, 2020.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge