UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 20-6381

MELISSA MONDAY-WEST, as Administratrix of the Estate of Stanford Lynn West; JAMES D. LYON, as Chapter 7 Trustee for the Bankruptcy Estate of Melissa Monday-West,

    Plaintiffs - Appellants,

v.

WELLS FARGO BANK, N.A.,

    Defendant - Appellee.

**FILED**
Nov 09, 2022
DEBORAH S. HUNT, Clerk

Before: BOGGS, LARSEN, and DAVIS, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court for the Eastern District of Kentucky at Lexington.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Deborah S. Hunt, Clerk